UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:12-cr-504-T-30MAP

REYNALDO ANZUALDA

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 46), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for $85,118.63 in United States currency and several rounds of 9 mm ammunition.

Being fully advised in the premises, the Court finds that on July 8, 2013, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Anzualda in the assets, pursuant to 21 U.S.C. § 853.   Doc. 40.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case.   Docs. 41 and 42.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from July 11, 2013 through August 9, 2013.   Doc. 44. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person, other than the defendant Anzualda, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assets.   No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.   Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 46) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 27th day of September, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-504 forfeit 46.docx

2